PORTER ET AL. *v.* DAUGHERTY ET AL.

From the Carroll Common Pleas.

*B. B. Daily, D. B. Graham, L. B. Sims, J. H. Stewart,* and *R. P. Davidson,* for appellants.

*J. McCabe,* for appellees.

DOWNEY, J.—The questions decided in this case are the same as those decided in *Porter* v. *Holloway, ante,* p. 35; and for the reasons there stated the judgment is reversed, with costs, and the cause remanded.

*Petition for a rehearing overruled.*